IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VERNON SCOTT UNDERWOOD,<br><br>      Plaintiff,<br><br>      v.<br><br>THE PRUDENTIAL INSURANCE COMPANY OF AMERICA, EMERGENCY PHYSICIANS' MEDICAL GROUP, INC. LONG TERM DISABILITY PLAN,<br><br>      Defendants.<br>_____/ | CIV. S-04-1078-DFL-PAN<br><br>ORDER RE DISPOSITION AFTER<br>NOTIFICATION OF SETTLEMENT |

    This action has been settled. Accordingly, IT IS ORDERED:

    That counsel file settlement/dismissal documents, in accordance with the provisions of Local Rule 16-160, no later than June 10, 2005.

////

////

1

1       IT IS SO ORDERED.
2    Dated:   5/12/2005
3
4
5                                        _____
6                                        DAVID F. LEVI
                                         United States District Judge
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26

2